# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00613-CR

### Ex parte James Kenneth Loucks

**FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
NO. 2006R-082, HONORABLE DAN R. BECK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

James Kenneth Loucks has informed this Court that he no longer wishes to pursue this appeal. The State also requests that this appeal be dismissed. We dismiss this appeal. *See* Tex. R. App. P. 42.2.

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed

Filed:  May 8, 2009

Do Not Publish